EXHIBIT "C"

1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4    _____

                                    )
5    LEONELA ARACELY VALDEZ HERRERA,    )
                                       )
6              Plaintiff,              )
                                       )
7         vs.                         ) Case No. 2:17-cv-01136-
                                       )            RSWL-SK
8    FIRST NATIONAL BANK OF OMAHA,      )
     N.A.,                             )
9                                      )
               Defendant.             )
10   _____)

11

12

13                DEPOSITION OF

14       LEONELA ARACELY VALDEZ HERRERA

15

16        Thursday, September 28, 2017

17                6:05 p.m.

18

19       1990 South Bundy Drive, Suite 540,

20            Los Angeles, California

21

22

23

24

25        Jasmine Jamili, CSR NO. 13742



```
 1                    APPEARANCES OF COUNSEL

 2

 3      For the Plaintiff:

 4            WESTGATE LAW
              BY:  MATTHEW A. ROSENTHAL, ESQ.
 5            15760 Ventura Boulevard,
              Suite 880,
 6            Encino, California 91436
              (818) 891-1995
 7            E-mail:  matt@westgatelaw.com

 8

        For the Defendants:
 9
              LAW OFFICE OF CORY J. ROONEY
10            BY:  CORY J. ROONEY
              P.O. Box 382,
11            Omaha, Nebraska 68101
              (402) 933-9865
12            E-mail:  rooneylaw@outlook.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX OF EXAMINATION

 2

 3   WITNESS:  LEONELA ARACELY VALDEZ HERRERA

 4   EXAMINATION                                      PAGE

 5   By Mr. Rooney                                       4

 6

 7

 8

 9

10

11                    INDEX TO EXHIBITS

12   DEFENDANTS              DESCRIPTION            PAGE

13   EXHIBIT 1        Amended Notice of Deposition     7

14   EXHIBIT 2        Complaint                       12

15   EXHIBIT 4        Plaintiff's Responses to        16
                      Defendant's Interrogatories
16
     EXHIBIT 5        Applicant Information            9
17

18           (Exhibit 1 through Exhibit 2 and
             Exhibit 4 through Exhibit 5 was
19           attached to the original transcript.)

20

21

22

23

24

25
```



1          DEPOSITION OF LEONELA ARACELY VALDEZ HERRERA

2                  Thursday, September 28, 2017

3

4              LEONELA ARACELY VALDEZ HERRERA,

5        having been first duly sworn, testified as follows:

6

7                          EXAMINATION

8   BY MR. ROONEY:

9       Q.    Hi, Ms. Herrera -- is that right?

10      A.    Valdez.

11      Q.    Valdez.  Okay.  My name is Cory Rooney.  I'm

12  an attorney for First National Bank of Omaha.  I'm going

13  to have you state and spell your name for the record, if

14  you would.

15      A.    Leonela Aracely Valdez Herrera.  Do you want

16  me to spell --

17      Q.    Just the first and last name, yeah.

18      A.    L-e-o-n-e-l-a.  Last name is V-a-l-d-e-z.

19      Q.    Okay.  Thank you.  Have you had your

20  deposition taken before?

21      A.    No.

22      Q.    Okay.  I'm just going to go over a few ground

23  rules.  The court reporter just swore you in, and you're

24  going to tell the truth here today; correct?

25      A.    Yes.



1    Q.    And she's also typing everything that we say,

2    so if I'm asking a question, I just ask for you to let

3    me finish it even if you think you know the answer of

4    what I'm asking the question.  That way she's not typing

5    both of us talk at the same time, and I'll do the same

6    for you.

7               Is that fair?

8    A.    Yes.

9    Q.    Okay.  Also, at any point if you need to take

10   a break or anything, I just request that you let me ask

11   the question and you finish answering before a break.

12              Is that fair?

13   A.    Yes.

14   Q.    And if there's something I say or ask that you

15   don't understand, before answering I just request that

16   you ask me to reword the question so that you understand

17   it better.

18              Is that fair?

19   A.    Yes.

20   Q.    Okay.  Is there any reason today that you

21   can't give testimony?  Are you under any medication or

22   anything like that?

23   A.    No.

24   Q.    Okay.  What's your date of birth, Ms. Valdez?

25   A.    ███████.



1      Q.    And what is your current residence?

2      A.    ██████████████████████████████

3      Q.    And how long have you resided there?

4      A.    I think almost like four years, four or five.

5      Q.    Okay.  And what's your current telephone

6   number?

7      A.    ████████████-6948.

8      Q.    And is that a cell phone?

9      A.    Yes.

10     Q.    And how long have you had that number?

11     A.    I don't recall.  I want to say at least eight

12  years, ten years.  I'm not sure.

13     Q.    That's fine.  Any other numbers?

14     A.    No.

15     Q.    No home phone or anything like that?

16     A.    No.

17     Q.    Does anybody live with you?

18     A.    My kids.

19     Q.    And I don't need their names or anything like

20  that but what are their ages?

21     A.    7 and 5.

22     Q.    And what's the last four of your social

23  security number?

24     A.    ██████.

25     Q.    Okay.  Do you recognize the number ████████



1    ███-2888?

2         A.    Yes.

3         Q.    And what number is that?

4         A.    It's my work.

5         Q.    And where do you work at?

6         A.    ████████████████

7         Q.    How long have you worked there?

8         A.    Three years.

9         Q.    And the number ending in 2888 is your work

10   number?

11        A.    It's the main ██████ number, yes.

12        Q.    Okay.  I'm going to hand you what I've marked

13   as Exhibit 1.

14              Have you seen this document before?

15        A.    Yes.

16              (Defendant's Exhibit 1 was marked for

17              identification and attached hereto.)

18        Q.    And on the second page, it asked you to bring

19   some documents with you.  And your attorney has already

20   provided some documents to me, but I'm just asking if

21   you brought any other documents with you here today?

22        A.    No.

23        Q.    Okay.  And I'll represent that this is the

24   notice to take your deposition that brings us all here

25   today; is that correct?



LEONELA HERRERA                                    September 28, 2017
HERRERA vs FIRST NATIONAL BANK OF OMAHA                          8

 1      A.     Yes.

 2      Q.     And you can go ahead and set that aside.

 3      A.     Okay.

 4      Q.     Obviously, we're here today because you've

 5   sued my client First National Bank of Omaha; correct?

 6      A.     Yes.

 7      Q.     And you had at one point a credit card with

 8   First National Bank of Omaha; correct?

 9      A.     Yes.

10      Q.     Do you recall applying for that credit card?

11      A.     Yes.

12      Q.     And how did you apply for that credit card?

13      A.     I believe it was online.

14      Q.     Online?

15      A.     Yes.

16      Q.     Okay.  And do you recall roughly how long ago

17   that was?

18      A.     No.  Maybe two years, three years.  I'm not

19   sure.

20      Q.     Okay.  That's fine.  And do you recall what

21   kind of credit card that was?  And I ask that was it

22   just a regular credit card or do you have to put some

23   money or a deposit --

24      A.     It was a secured credit card.  I put a

25   deposit.



1    Q.    Okay.  And you applied for that card online?

2    That's your recollection?

3    A.    Yes.

4    Q.    Okay.  I'm actually going to number this one 5

5    just so I don't have to scratch everything out here.

6    I'm going to hand you what's been marked now as

7    Exhibit 5, and I'm going to represent to you that this

8    Exhibit 5 is the online application information that

9    First National Bank of Omaha received for your credit

10   card.  Okay?  And if we look at the first page, it says,

11   "APPLICANT INFORMATION."

12         Do you see that?

13   A.    Yes.

14         (Defendant's Exhibit 5 was marked for

15         identification and attached hereto.)

16   Q.    And in the second name category -- the first

17   name category is blank -- is that your name?

18   A.    Yes.

19   Q.    And it has a social security number ending in

20   ▮.

21         Is that your social security number?

22   A.    Yes.

23   Q.    And then the address, I believe, is what you

24   said earlier, the ▮.

25         Is that your address?



1      A.    Yes.

2      Q.    And the date of birth ██████ -- is that

3   your date of birth?

4      A.    Yes.

5      Q.    It has a principal mother's name, and it has

6   Herrera.

7            Is that your mother's name?

8      A.    Yes.  It's her maiden name.

9      Q.    Okay.  And then right below that category,

10  there's an "HP" with a number sign, and I'm going to

11  represent to you that that stands for home phone number.

12           Is that your home phone number?

13     A.    No.  That's my cell phone.

14     Q.    I'm sorry.  Thank you for clarifying that.

15  You don't have an actual home phone number; right?

16     A.    No.

17     Q.    And that number ends in 6948; correct?

18     A.    Yes, correct.

19     Q.    And the next category to the right of that is

20  a "BP," which stands for business phone.  That one ends

21  in 2888, and is that the business phone for your --

22     A.    Yes, my work.

23     Q.    -- current employer?  Okay.  Do you recall

24  providing those two phone numbers when you applied for

25  this credit card?



1      A.    Yes.

2      Q.    Okay.  And then at the bottom left-hand side

3  there, there's a category that says "EML."

4            Do you see that?

5      A.    Yes.

6      Q.    And that stands for e-mail.

7            Is that your e-mail address?

8      A.    Yes.

9      Q.    Okay.  And if you just quickly turn to the

10  third page?  Again, it has a primary applicant

11  information, and it has a lot of the categories we just

12  discussed.

13            As a current employer on the left side, the

14  ████████████ -- is that still your current employer?

15      A.    Yes.

16      Q.    And, again, it has an "HP" on the right side,

17  the one ending in 6948, and that's actually your cell

18  phone number; correct?

19      A.    Yes.

20      Q.    Okay.  You can set that aside.  Thank you.

21  Ms. Valdez, what's your understanding as to what this

22  lawsuit is all about?

23      A.    Well, I know that there are some laws that

24  protects consumers against calls -- unwanted calls,

25  especially when asked to stop.



1      Q.    Okay.  Anything else?

2      A.    No.

3      Q.    Okay.  I'm going to hand you what's been

4   marked as Exhibit 2.  Take a moment to look at that.

5            Have you had a chance to review Exhibit 2?

6      A.    Yes.

7            (Defendant's Exhibit 2 was marked for

8            identification and attached hereto.)

9      Q.    Have you seen that document before?

10     A.    Yes.

11     Q.    I'm going to represent to you that that's the

12   complaint that's filed in this case, and that was filed

13   on February 13, 2017.  And I want you to turn to page

14   three, and do you see where it says "FACTUAL

15   ALLEGATIONS" at the top?

16     A.    Yes.

17     Q.    On paragraph 13 on page three it says, In

18   2016, and specifically within one year prior to the

19   commencement of the present action, defendant -- and

20   then defendant again constantly and continuously placed

21   collection calls to Plaintiff's cellular phone number

22   ending in 6948.

23            Do you see that?

24     A.    Yes.

25     Q.    Okay.  Is that true?



1    A.    Yes.

2    Q.    And then I want you to look at paragraph 16.

3    It says, "On or around January 4, 2017 at 7:15 p.m.,

4    Plaintiff received a call from Defendant from telephone

5    number (800) 537-3302."

6          Do you see that?

7    A.    Yes.

8    Q.    And is that true?

9    A.    Yes.

10   Q.    Okay.  And then the next paragraph, paragraph

11   17, it says.  "In the course of the telephone

12   conversation on or around January 4, 2017 at 7:15 p.m.,

13   Plaintiff spoke with Defendant's representative, 'Jodi,'

14   and requested that Defendant cease calling her cellular

15   phone."

16         Is that true?

17   A.    Yes.

18   Q.    And do you recall that conversation?

19   A.    Yes.

20   Q.    And can you tell me in your own words the

21   essence of that conversation?

22   A.    Well, the conversation was short.  I answered

23   the call.  It was a representative.  I asked her -- I

24   believe I asked her name.  She said this is Jodi about

25   the Omaha, and I simply just said stop calling me, and I



1   ended the call.

2       Q.    Okay.  At any point in that conversation did

3   you identify yourself as Leonela Valdez Herrera?

4       A.    I don't recall, no.

5       Q.    Do you recall her asking who she was speaking

6   to?

7       A.    Yes.

8       Q.    And did you answer the question?

9       A.    Yes.

10      Q.    And you identified yourself as Leonela Valdez

11  Herrera?

12      A.    Yes.

13      Q.    And then after you had that conversation, did

14  you speak with First National Bank of Omaha again?

15      A.    No.

16      Q.    And if we look at 19, if you could just read

17  that?  I don't want to burn the court reporter's hands

18  here but paragraph 19 -- if you read that, I'll ask you

19  some questions about that.

20      A.    Okay.

21      Q.    And I'm going to paraphrase here.  You can

22  correct me if I'm wrong, but it says despite your

23  request for First National to stop calling, First

24  National continued to call you from January 5th, 2017,

25  to February 3rd, 2017, approximately 42 times; is that



 1   correct?

 2       A.    Yes.

 3       Q.    And while these 42 calls were being placed,

 4   were you around the phone, or how did you know these

 5   calls were being placed by First National?

 6       A.    I knew the number because, like I said, I had

 7   gotten various calls, and, yes, I was aware of the

 8   calls.  I would just ignore them.

 9       Q.    You would just hit ignore?

10       A.    Yes.

11       Q.    Is there any reason why you didn't pick it up

12   and request that they don't stop calling again?

13       A.    Most of the calls were during my work time, so

14   I was busy at work.

15       Q.    Okay.  Were you receiving any other calls from

16   creditors during this time?

17       A.    I was, not many, but I think I was.

18       Q.    Okay.  Was there any particular reason why you

19   started missing your monthly minimum payment on this

20   card?

21       A.    Yes.  I just had some financial hardship.

22       Q.    And approximately when did that occur?

23       A.    I believe around October of 2016 -- October,

24   November.

25       Q.    Okay.  And then when did you go see your



 1  current attorney?

 2      A.    I believe it was in January.

 3      Q.    In the early part of January, mid January,

 4  or --

 5      A.    I don't recall.

 6      Q.    Okay.  I'm going to hand you -- staying with

 7  the out of order theme here -- Exhibit 4.

 8      A.    Okay.

 9            (Defendant's Exhibit 4 was marked for

10            identification and attached hereto.)

11      Q.    First of all, have you seen Exhibit 4 before?

12      A.    Yes.

13      Q.    And I'll represent to you that these are some

14  discovery responses that I received from your attorney

15  which I've lumped together of interrogator responses and

16  request for production of document responses.

17            And did you help with the preparation of these

18  answers?

19      A.    Yes.  I answered them.

20      Q.    Okay.  Now, if you look at the second page,

21  which is titled at the top "RESPONSES TO

22  INTERROGATORIES," Question 1 is a pretty simple

23  question.  It's asking about your telephone number and

24  who the provider was, and the response is the number

25  ending in 6948, and we've discussed that.

1          And is T-Mobile your cell phone provider?

2     A.   Yes.

3     Q.   Have they always been your provider with that

4  number?

5     A.   Yes.

6     Q.   And then the second case asked when you met

7  with or consulted with your attorneys representing you

8  in this case, and after some objections, the answer is

9  October 26th, 2016.

10         Do you see that?

11    A.   Yes.

12    Q.   Did you meet with your attorneys in October of

13  2016?

14    A.   I believe I spoke to them, but I didn't meet

15  with them, no.

16    Q.   Okay.  And what was the purpose of speaking

17  with them?  And I don't want to know the contents of

18  your conversation, but I want to know what you talked to

19  your attorneys about.

20    A.   I called first asking regarding advice on my

21  bankruptcy case and then on also the collection calls

22  that I was receiving.

23    Q.   Okay.  Have you filed bankruptcy?

24    A.   Yes.

25    Q.   And when did you file bankruptcy?



1          A.     You want the discharged date or the filing

2     date?

3          Q.     The filing.

4          A.     I believe it was in April, I want to say.  I

5     can't recall.

6          Q.     Of this year?

7          A.     Of this year, yes.

8          Q.     Okay.  And you have since received a

9     discharge?

10         A.     Yes.

11         Q.     And do you recall what that date is?

12         A.     July 3rd, I think.

13         Q.     Okay.  And then if we're going to scroll back

14    to the back pages, the request for production of

15    documents are just towards the back.  Really I just want

16    to ask you about the attachment, the very last couple of

17    pages.

18                Are you familiar with Exhibit A in the back?

19         A.     Yes.

20         Q.     And what is Exhibit A?

21         A.     It is a call log of all of the collection

22    calls I was receiving from First National Bank.

23         Q.     And who created this call log?

24         A.     I did.

25         Q.     And at the top it has a "from" -- and I don't



1   mean to mispronounce this, but is it Aracely?

2       A.    Aracely.

3       Q.    Aracely Valdez -- who is that?

4       A.    It's me.

5       Q.    Is that another name you go by or is that --

6       A.    It's my middle name.

7       Q.    Oh, okay.  And is that your work address?

8       A.    That's my work e-mail, yes.

9       Q.    And you are sending these to who?

10      A.    I forwarded it to my personal e-mail because

11  that's where I had my attorney's e-mail address.

12      Q.    Okay.  And when you did you create this call

13  log?

14      A.    I created it approximately in January when I

15  had asked them to stop calling me and they didn't, so I

16  just started keeping log of the calls.

17      Q.    Okay.  And did you have like handwritten notes

18  that you transferred onto this or --

19      A.    Yes.

20      Q.    Okay.  And do you still have those notes?

21      A.    No.

22      Q.    Were you keeping call logs for any other

23  creditors that were calling you?

24      A.    No.

25      Q.    Okay.  You can put that aside.  I want to go



1   back to the call on January 4, 2017, where you stated
2   that you spoke to Jodi; correct?
3        A.    Yes.  That was the name she said she was.
4        Q.    And Jodi asked who she was speaking with;
5   correct?
6        A.    Yes.
7        Q.    And you recall stating your name; correct?
8        A.    I didn't state my name.  I just confirmed.
9        Q.    Can you explain that to me?  What do you mean
10  you confirmed?
11       A.    Well, I don't recall the whole conversation.
12  Like I said, it was short.  She asked to speak with me,
13  and then I said yes.  And then I said stop calling me,
14  and then I ended the call.
15       Q.    And did you hear Jodi, the First National Bank
16  representative, say anything after you said do not call
17  or stop calling or whatever you said?
18       A.    No.  I hung up the call.
19       Q.    We're going to listen to that call.
20             (Whereupon phone conversation played.)
21             MR. ROONEY:  And then there's dead air.
22  BY MR. ROONEY:
23       Q.    Ms. Herrera, I've listened to that call
24  several times, and I never heard the person on the other
25  side of that call identify who they were.



1              Did you hear that?

2       A.    Yes.  In the beginning she said Jodi.

3       Q.    I'm sorry.  I understand the representative

4   from First National identified herself as Jodi, but the

5   person on the other end never stated who they were.

6              Did you hear anything like that?

7       A.    No.  I just said stop calling me.

8       Q.    And was that you on the other end of that

9   conversation?

10      A.    Yes.

11      Q.    Is there any reason that you didn't identify

12  yourself when that person, Jodi, called you?

13      A.    No.  Honestly, I was in the middle of eating

14  dinner with my kids, and I was frustrated with the

15  calls, and I answered quickly and told her to stop

16  calling me.

17      Q.    Do you know how many times First National

18  called you before that January 4, 2017, call?

19      A.    No, I didn't count the calls before that, but

20  it was at the same pace as it was afterwards.

21      Q.    So they had called you several times before

22  that call?

23      A.    Yes.

24      Q.    And did you speak with them?

25      A.    No.



1     Q.    Now, you can imagine that Jodi wasn't sure if
2   she was speaking to you.
3           Can you imagine that?
4     A.    No.  She's calling my phone number, so I
5   assume she knows who she's calling.
6     Q.    Has anybody ever answered your phone before?
7     A.    No.
8     Q.    Can you imagine that Jodi wasn't positive that
9   it was you on the other line?
10          MR. ROSENTHAL:  I'm going to object as calls
11  for speculation.
12          MR. ROONEY:  You can answer.
13          THE WITNESS:  Well, I don't know.  I don't
14  know if she would -- I don't know why she would have
15  doubts if she's calling my phone number.
16  BY MR. ROONEY:
17    Q.    And after that phone call, you never answered
18  a phone call from First National again; correct?
19    A.    Correct.
20    Q.    And you never wrote to First National or
21  instructed them any other time to stop calling; correct?
22    A.    Correct.
23    Q.    If you go back to Exhibit 2, if you grab that
24  again?  Now, when we first started talking about this
25  phone call, you were pretty sure that you identified



1   yourself, but now that you've listened to it, do you

2   still think you identified yourself?

3        A.    No.

4        Q.    I want you to turn back to page six.  This is

5   page six in Exhibit 2 which is the complaint filed in

6   this matter.  If you look at paragraph 36 subparagraph

7   A -- and I'm going to paraphrase this, but it says,

8   Defendant violated Section 1788.11 subparagraph (D) by

9   causing your phone to ring repeatedly or continuously to

10  annoy the person called; is that correct?

11       A.    Yes.

12       Q.    And can you explain how First National was

13  calling you repeatedly and continuously to annoy you?

14       A.    Well, after I asked them to stop calling, they

15  continued to call.

16       Q.    And we're just referring to that January 4th

17  call where you never identified yourself; right?

18       A.    Yes.

19       Q.    And you never instructed them to stop calling

20  you again; correct?

21       A.    After that date, no.

22       Q.    Subparagraph B, again, Defendant violated a

23  section by communicating by telephone or in person with

24  the debtor with such frequency as to be unreasonable and

25  to constitute a harassment to the debtor under the



1    circumstances harassment.

2             Is that true?

3        A.    Yes.

4        Q.    And, again, that's because they called you

5    after the January 4th phone call?

6        A.    It's -- yes, because they continuously kept

7    calling me after I asked them to stop.

8        Q.    Okay.  And that's enough for that.  You're not

9    seeking any medical help or treatment based on First

10   National's actions, are you?

11       A.    No.

12       Q.    And have you experienced any sort of emotional

13   distress or anything like that based on First National's

14   actions?

15       A.    During the time I was getting the calls, yes.

16       Q.    And can you explain that to me?

17       A.    Well, when I kept getting calls and I'm at

18   work and I keep seeing my phone ringing and they keep

19   calling and I had asked them to stop, it becomes

20   stressful.

21       Q.    Okay.  Any other creditors were calling you

22   during this time?

23       A.    Maybe one other but not as frequent.  Maybe

24   once a week.

25       Q.    Okay.  And was this 300-dollar secured account



LEONELA HERRERA                                       September 28, 2017
HERRERA vs FIRST NATIONAL BANK OF OMAHA                        25

```
 1   from First National the reason you filed bankruptcy?
 2        A.    Not the only reason, no.
 3        Q.    Because you had already gave the money to
 4   First National; correct?
 5        A.    What do you mean by "gave the money"?
 6        Q.    As far as deposited money at First National
 7   for this card?
 8        A.    Yes.
 9        Q.    Okay.  Were there other reasons that prompted
10   you to file bankruptcy?
11        A.    Yes.  I had other debt.
12        Q.    Okay.  But you don't recall anyone else
13   calling but First National?
14        A.    Yes.
15        Q.    Okay.
16             MR. ROONEY:  I just need a five-minute break.
17   We may be done quicker than I anticipated.
18             MR. ROSENTHAL:  Okay.
19          (Break in the proceedings from 6:35 to 6:39 p.m.)
20             MR. ROONEY:  Back on the record.
21   BY MR. ROONEY:
22        Q.    Ms. Valdez, I think we've already discussed
23   and you probably already answered it, but I just want to
24   make sure I touch all my basis here.  The application we
25   looked at earlier, those are the numbers you provided to
```

```
 1   First National; correct?

 2       A.    Yes.

 3       Q.    And then the 42 calls that we were talking

 4   about, those were to your cell phone?

 5       A.    Yes.

 6       Q.    Okay.  And you mentioned you filed bankruptcy.

 7   And if you know, was this case included in your

 8   bankruptcy?

 9             Do you know?

10       A.    It was included.

11       Q.    Okay.

12             MR. ROONEY:  I have no further questions.  I

13   don't know if you have anything?

14             MR. ROSENTHAL:  No.  We're good.

15             MR. ROONEY:  Okay.  Thank you, Ms. Valdez.

16   I'll need the original transcript.

17             (The deposition was concluded at 6:40 p.m.)

18                          --oOo--

19

20

21

22

23

24

25
```



1                        REPORTER'S CERTIFICATION

2

3                        I, Jasmine Jamili, a Certified

4      Shorthand Reporter in and for the State of California,

5      do hereby certify:

6                            That the foregoing witness was by me

7      duly sworn; that the deposition was then taken before me

8      at the time and place herein set forth; that the

9      testimony and proceedings were reported stenographically

10     by me and later transcribed into typewriting under my

11     direction; that the foregoing is a true record of the

12     testimony and proceedings taken at that time.

13

14            That before the conclusion of the deposition,

15     the witness has not requested a review of this

16     transcript pursuant to Rule 30(e)(2).

17

18

19                        IN WITNESS WHEREOF, I have

20     subscribed my name this 28th day of September, 2017.

21

22

23     _____

24            Jasmine Jamili, CSR No. 13742

25

```
 1                    DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No. J0659769
 4   Case Caption:  Leonela Herrera vs. First National Bank
 5
 6            DECLARATION UNDER PENALTY OF PERJURY
 7            I declare under penalty of perjury that I have
 8   read the entire transcript of my Deposition taken in the
 9   above captioned matter or the same has been read to me,
10   and the same is true and accurate, save and except for
11   changes and/or corrections, if any, as indicated by me
12   on the DEPOSITION ERRATA SHEET hereof, with the
13   understanding that I offer these changes as if still
14   under oath.
15            Signed on the _____ day of _____,
16   20_____.
17
18       _____
19        LEONELA ARACELY VALDEZ HERRERA
20
21
22
23
24
25
```



```
1                    DEPOSITION ERRATA SHEET

2     Page No._____Line No._____Change to:_____

3     _____

4     Reason for change: _____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change: _____

8     Page No._____Line No._____Change to:_____

9     _____

10    Reason for change: _____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change: _____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change: _____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change: _____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change: _____

23

24    SIGNATURE:_____DATE_____

25             LEONELA ARACELY VALDEZ HERRERA
```



```
1                    DEPOSITION ERRATA SHEET

2     Page No._____Line No._____Change to:_____

3     _____

4     Reason for change: _____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change: _____

8     Page No._____Line No._____Change to:_____

9     _____

10    Reason for change: _____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change: _____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change: _____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change: _____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change: _____

23

24    SIGNATURE:_____DATE_____

25              LEONELA ARACELY VALDEZ HERRERA
```

