Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA  90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LEONELA ARACELY VALDEZ HERRERA

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LEONELA ARACELY VALDEZ HERRERA,<br><br>            Plaintiff;<br><br>      v.<br><br>FIRST NATIONAL BANK OF OMAHA, N.A.;<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 2:17-cv-1136**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, LEONELA ARACELY VALDEZ HERRERA, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached.  The parties are in the process of finalizing settlement, which the parties anticipate will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: January 10, 2018                    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court for the United Stated District Court-Central District of California by using the appellate CM/ECF system, which provided notice of such filing to the following:

Cory J. Rooney
P.O. Box 382
Omaha, NE 68101
Tel: (402) 933-9865
Email: rooneylaw@outlook.com
Attorney for Defendant,
FIRST NATIONAL BANK OF OMAHA, N.A.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal