Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LEONELA ARACELY VALDEZ HERRERA

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LEONELA ARACELY VALDEZ HERRERA,<br><br>              Plaintiff,<br><br>      v.<br><br>FIRST NATIONAL BANK OF OMAHA, N.A.,<br><br>              Defendant. | Case No.: 2:17-cv-1136<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the settlement among Plaintiff, Leonela Aracely Valdez Herrera, and Defendant, First National Bank of Omaha, N.A. has been finalized in the present matter.  Accordingly, the parties hereby stipulate, and jointly request, that the present proceeding be dismissed *with prejudice*.  Each party is to bear its own attorneys' fees and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: January 26, 2018

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorneys for Plaintiff,
LEONELA ARACELY
VALDEZ HERRERA

By: /s/ Cory Rooney
Cory Rooney
Attorneys for Defendant,
FIRST NATIONAL BANK OF
OMAHA, N.A.